[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 24, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-16130
Non-Argument Calendar

_____

D. C. Docket No. 06-00476-CR-TCB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID LEROY WHITE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(August 24, 2009)

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Richard A. Grossman, appointed counsel for David Leroy White in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and White's conviction and sentence are AFFIRMED.